ERIC GRANT
United States Attorney
LUKE BATY
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ANDREW F. MURTAUGH,<br>Defendant. | Case No. 5:26-po-00162-CDB<br>5:26-cr-0001-CDB<br>[Citations #E2674527, E2674528 CA/10]<br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Eric Grant, United States Attorney, and Luke Baty, Assistant United States Attorney, hereby moves to dismiss Case No. 5:26-po-00162-CDB, 5:26-cr-0001-CDB [Citations # E2674527 and E2674528 CA/10] against ANDREW F. MURTAUGH, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: October , 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By: */s/ Luke Baty*
LUKE BATY
Assistant United States Attorney

# O R D E R

IT IS HEREBY ORDERED on the motion of the United States of America pursuant to Fed. R. Crim. P. 48(a) that Case No. 5:26-po-00162-CDB, 5:26-cr-0001-CDB [Citations # E2674527 and E2674528 CA/10] against ANDREW F. MURTAUGH is dismissed, without prejudice, in the interest of justice.

**Dated:** October 5, 2026

UNITED STATES MAGISTRATE JUDGE